C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Ronald Elliot Gray | ) | **MOTION** |
| Leslie Dalehite Gray | ) | **CHAPTER 13** |
| | ) | |
| | ) | No. B-06-80048 C-13D |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors' last full payment was for February, 2011. The Standing Trustee's office has contacted the Debtors regarding the delinquent payments, and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.

Date: May 16, 2011  s/Richard M. Hutson, II
RMH:ltp  Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **June 30, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: May 16, 2011  OFFICE OF THE CLERK
  U.S. Bankruptcy Court

PARTIES TO BE SERVED
B-06-80048 C-13D

Ronald Elliot Gray
Leslie Dalehite Gray
Post Office Box 63
Hillsborough, NC 27278

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702