UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
**Ryan Lee Mccrea and**
**Twana Yvette McCrea**

Case No. 10-81150

Soc Sec No.: xxx-xx-9153 and xxx-xx-9035
Address: 1701 Medallion Drive , Durham , NC 27704-

Debtors

## NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7

**TAKE NOTICE THAT** pursuant to Section 1307(a) and Bankruptcy Rule 1017(f)(3), the undersigned Debtors hereby file this Notice of Conversion to Chapter 7 and provide the following information:

1. On June 30, 2010, the above-named Debtors filed a Petition under Chapter 13 of the Bankruptcy Code.

2. Debtors attest to the following answers:

   | | | |
   |---|---|---|
   | B.B. | Debtors' Plan was confirmed: | No |
   | B. | Debtors Were present at first Creditors meeting: | Yes |
   | C. | Debtors own real estate: | Yes |

3. The Debtors are represented by an attorney in this conversion.

4. The present mailing address of the Debtors is as follows:

   Ryan Lee McCrea                    Twana Yvette McCrea
   1701 Medallion Drive               1701 Medallion Drive
   Durham , NC 27704-                 Durham , NC 27704-

Dated: July 27, 2011

Respectfully submitted,

**LAW OFFICES OF JOHN T. ORCUTT, P.C**

s/ Ryan Lee Mccrea                   s/ Edward Boltz
Ryan Lee Mccrea, Debtor              Edward Boltz
                                     Attorney for Debtors
s/ Twana Yvette McCrea               State Bar No.: 23003
Twana Yvette McCrea, Co-Debtor       6616-203 Six Forks Rd.
                                     Raleigh, N.C. 27615
                                     (919) 847-9750

## CERTIFICATE OF SERVICE

I, Melissa Weaver , of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on July 27, 2011, I served copies of the foregoing **NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7**, by automatic electronic noticing , upon the following parties:

Richard M. Hutson, II
Chapter 13 Trustee


        s/ Melissa Weaver
        Melissa Weaver