UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

**Ronald Elliot Gray and**
**Leslie Gray**

Case No. 06-80048

Soc Sec No.: xxx-xx-7163 and xxx-xx-3932
Address: 1507 Hwy 70-A East , Hillsborough , NC 27278-

Debtors

## NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7

**TAKE NOTICE THAT** pursuant to Section 1307(a) and Bankruptcy Rule 1017(f)(3), the undersigned Debtors hereby file this Notice of Conversion to Chapter 7 and provide the following information:

1. On January 12, 2006, the above-named Debtors filed a Petition under Chapter 13 of the Bankruptcy Code.

2. Debtors attest to the following answers:

   | | | |
   |---|---|---|
   | A. | Debtors' Plan was confirmed: | Yes |
   | B. | Debtors Were present at first Creditors meeting: | Yes |
   | C. | Debtors own real estate: | Yes |

3. The Debtors are represented by an attorney in this conversion.

4. The present mailing address of the Debtors is as follows:

   Ronald Elliot Gray
   1507 Hwy 70-A East
   Hillsborough , NC 27278-

   Leslie Gray
   1507 Hwy 70-A East
   Hillsborough , NC 27278-

Dated: July 27, 2011

Respectfully submitted,

s/ Ronald Elliot Gray
Ronald Elliot Gray, Debtor

s/ Leslie Gray
Leslie Gray , Co-Debtor

**LAW OFFICES OF JOHN T. ORCUTT, P.C**

s/ Edward Boltz
Edward Boltz
Attorney for Debtors
State Bar No.: 23003
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Melissa Weaver , of the Law Offices of John T. Orcutt, P.C., do hereby certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on July 27, 2011, I served copies of the foregoing **NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 7**, by automatic electronic noticing , upon the following parties:

Richard M. Hutson, II
Chapter 13 Trustee

                                                 s/ Melissa Weaver
                                                 Melissa Weaver